## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-60735-RS

MONICA MERAZ,

     Plaintiff,

v.

DRBNORTE, LLC,

     Defendant.

_____/

### ORDER OF DISMISSAL

     This matter is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 16]. Accordingly, it is hereby,

     **ORDERED** that:

     1.     This matter is **DISMISSED with prejudice**.

     2.     All pending motions are **DENIED as moot**.

     3.     Each party shall bear its own attorneys' fees and costs.

     4.     This case is **CLOSED**.

     **DONE and ORDERED** in Fort Lauderdale, Florida, this 21st day of March, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record